THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 13, 2018



Beth E. Hanan
United States Bankruptcy Judge

U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

FRANK R JAKEL

     Debtors

Case No. 2017-23698-BEH-13

Chapter 13

**ORDER WITHDRAWING TRUSTEE'S
MOTION TO DISMISS**

---

The Motion of the Chapter 13 Standing Trustee, Rebecca R. Garcia, to dismiss this case came for hearing before the Honorable Beth E. Hanan, U.S. Bankruptcy Court Judge, in her courtroom in Milwaukee on the 12th day of September, 2017.

The Trustee, Rebecca Garcia appeared in support of the Motion, and Attorney William Nickolai appeared on behalf of the debtor. After discussion;

IT IS HEREBY ORDERED: That the withdrawal of the Trustee's Motion to Dismiss is granted.

IT IS FURTHER ORDERED: The withdrawal of the Motion to Dismiss is without prejudice to the Trustee filing another Motion for any future defaults.

**Rebecca R. Garcia
Chapter 13 Standing Trustee
P O Box 3170
Oshkosh, WI 54903-3170
920.231.2150
(Fax) 920.231.5713
E-mail info@ch13oshkosh.com**

#####